GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH  (CSB #253808)
Assistant United States Attorney
    333 Market Street, Ste. 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8973
    Fax:  (415) 744-0134
    Email:  Susan.L.Smith@ssa.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA A. WHEELER,<br>    Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>    Defendant. | CV 09-4731 AGR<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: December 17, 2009

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-