```
 1  Linh L. Vuong (STATE BAR NO. 237072)
    THE LAW OFFICES OF SUSAN R. WASSERMAN
 2  5055 Wilshire Blvd.
    Suite 340
 3  Los Angeles, California 90036
    Telephone (323) 954-9600
 4
 5  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA WHEELER, | ) CASE NO. CV 09-4731 AGR |
| Plaintiff, | ) **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of three thousand one hundred dollars and no cents ($3100.00), as authorized by 28 U.S.C. § 2412(d), and costs in the amount of three hundred fifty dollar ($350.00), as authorized by 28 U.S.C. § 1920, subject to the terms of the above-reference Stipulation.

DATED: February 10, 2010

BY: _/s/ Alicia G. Rosenberg_
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE